UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| GERALD C. ELLIS,<br>    Plaintiff, | ) <br> ) <br> ) | |
| vs. | ) <br> ) | 1:06-cv-00366-RLY-TAB |
| UNITED PARCEL SERVICE OF<br>AMERICA, INC.,<br>    Defendant. | ) <br> ) <br> ) | |

**FINAL JUDGMENT**

The court, having this day granted summary judgment in favor of defendant, United Parcel Service of America, Inc., now enters final judgment in its favor, and against the plaintiff herein, Gerald C. Ellis.

**SO ORDERED** this  12th  day of July 2007.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
Deputy Clerk, U.S. District Court

1

Electronic Copies to:

Nelson D. Alexander
LOCKE REYNOLDS LLP
nalexander@locke.com

Gary R. Clark
QUARLES & BRADY, LLP
gclark@quarles.com

Edward O'Donnell DeLaney
DELANEY & DELANEY LLC
ed@delaneylaw.net

Kathleen Ann DeLaney
DELANEY & DELANEY LLC
kathleen@delaneylaw.net

John Allen Klages
QUARLES & BRADY LLC
jk2@quarles.com

Jacquelyn T. Pinnell
QUARLES & BRADY LLP
jpinnell@quarles.com

W. Russell Sipes
LAUDIG GEORGE RUTHERORD & SIPES
wrsipes@lgrslaw.com